IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

    Plaintiff

v.                                 Civil Case No. L-09-2881

CONN-X, LLC,

    Defendants

o0o
**ORDER**

For the reasons set forth in the Memorandum opinion of even date, the Court hereby GRANTS the Equal Employment Opportunity Commission's Request for Injunctive Relief and ORDERS the following:

> Conn-X, LLC, its officers, successors, assigns, and all persons in active concert or participation with it, are permanently enjoined from engaging in religious harassment and any other employment practice which discriminates on the basis of religion.

The Court AWARDS Mr. Feldman attorney's fees in the amount of $37,530.70.

The Clerk is DIRECTED to close the case.

SO ORDERED this 8th day of February 2012.

_____
Benson Everett Legg
United States District Judge

1